### DAVIS v. STATE.

(Decided December 15, 1914.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.

No counsel marked for appellant.  R. C. BRICKELL, Attorney General for the State.

THOMAS, J.—Affirmed on authority of *Fort v. State,* 1 Ala. App. 195; 55 South. 434.